UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34587 |
|---|---|
| NANCY E. STEVELEY | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | NANCY E. STEVELEY<br>250 N 1500 EAST ROAD<br>ATWOOD, IL  61913 | 22.25 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service 08-34587

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| NANCY E. STEVELEY<br>250 N 1500 EAST ROAD<br>ATWOOD, IL  61913 | ANTHONY B PENNINGTON<br>1107 UPPER VALLEY PIKE<br>SPRINGFIELD, OH  45504 | (25.1n)<br>GE MONEY BANK % REC MGNT SYS<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 |

(30.1n)
RONALD MUMMA
MUMMA REALTY
4 W MAIN ST
STE 930
SPRINGFIELD, OH  45502

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv